## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

SAMUEL CINTRON, SR.,         )

                                     )     Case No. 14 C 4100

          Plaintiff,      )

                                     )     Judge Shadur

     v.                           )

                                     )

THE CITY OF CHICAGO, a municipal corporation,)

                                     )

          Defendant.     )

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____ 1/27/2016
Jonathan M. Mraunac
Ogletree, Deakins, Nash, Smoak & Stewart,
P.C.
155 N. Wacker Drive, Suite 4300
Chicago, IL 60606
T: 312.558.1220

CITY OF CHICAGO
a Municipal Corporation

STEPHEN PATTON
Corporation Counsel
Attorney for City of Chicago

BY: _____
Liza Franklin
Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-0170
Attorney No. 6216088
DATE: 1/27/16